IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                               PLAINTIFF
ADC #114018

v.                          No. 3:21-cv-58-DPM

CENTER FOR DISEASE CONTROL;
PFIZER; MODERNA; JOHNSON &
JOHNSON; and MERCK                                              DEFENDANTS

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2021