IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                          PLAINTIFF
ADC #114018

v.                              No. 3:21-cv-58-DPM

CENTER FOR DISEASE CONTROL;
PFIZER; MODERNA; JOHNSON &
JOHNSON; and MERCK                                                        DEFENDANTS

## ORDER

Webster's motion to amend his objections, *Doc. 10-1*, is granted; but the amended objections are overruled. Nothing in Webster's new paper warrants relief from the Judgment and final Order. This case is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 April 2021